In the Matter of RICHARD F. SCHAUSEIL, as Director of the Monroe County Department of Social Services, et al., Petitioners, v MICHAEL J. DOWLING, as Commissioner of the New York State Department of Social Services, et al., Respondents. [623 NYS2d 678] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioners challenge the determination of the Administrative Law Judge that they violated various provisions of Social Services Law § 153-d and its implementing regulations regarding the recording of uniform case records (18 NYCRR 428.3 [f]) and the entry of information into the Child Care Review Service System (18 NYCRR part 430). Respondents imposed sanctions

of $81,130 upon petitioners for those violations. We conclude that the determination was not arbitrary, capricious or an abuse of discretion and was supported by substantial evidence *(see, 300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176; *Matter of Pell v Board of Educ.,* 34 NY2d 222). Nor is there any merit to petitioners' constitutional challenge to Social Services Law § 153-d. There is a fair, just and reasonable connection between the statute and the promotion of the health, comfort, safety and welfare of society *(see, Montgomery v Daniels,* 38 NY2d 41). (Article 78 Proceeding Transferred by Order of Supreme Court, Monroe County, Kehoe, J.) Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.